IN RE:  CASE NO. 10-51254-S

MICHAEL A. PARKER
DIANA PARKER
    Debtors

CHAPTER 7

REPORT OF DIVIDEND
<u>UNDER FIVE DOLLARS</u>

    Harold A. Corzin, Trustee herein, reports that check #109 in the amount of $3.33 was issued on January 11, 2011 to the Clerk of Courts in payment of a dividend under $5.00 for the following unsecured creditor:

                                                                                              Amt. of Dividend

Claim #6      EMH Regional Medical Center     $   3.33
                630 E. River Street
                Elyria, OH 44035

TOTAL:                                              $   3.33

                                                           HAROLD A. CORZIN, TRUSTEE
                                                           304 N. Cleveland-Massillon Rd.
                                                           Akron, Ohio 44333
                                                          (330) 670-0770

January 11, 2011

*ck #109*
*receipt # 82057*